

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00227-CV

KEYNOA EVANS, Appellant

V.

PINES OF NORTHWEST CROSSING, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County.
(Tr. Ct. No. 1058198).

Appellant, Keynoa Evans, has not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered June 23, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.